IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGELICA CORDOVA,

      Plaintiff,

    v.                             No. CIV 14-0952-LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

      Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion for Remand (Doc. 21)*, filed October 5, 2015. Having considered the motion, the Court finds that it is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendant's Unopposed Motion for Remand (Doc. 21)* is **GRANTED** and this case is hereby remanded pursuant to the fourth sentence of 42 U.S.C. § 205(g).

**IT IS FURTHER ORDERED** that, upon remand, the Appeals Council will direct the administrative law judge ("ALJ") to provide Plaintiff with the opportunity to submit additional evidence and attend a supplemental hearing. The ALJ will re-evaluate Plaintiff's impairments at step three of the sequential evaluation process, with particular attention to Plaintiff's IQ scores and the requirements of Listing 12.05C. The ALJ will also re-evaluate Plaintiff's residual functional capacity and, if necessary, obtain supplemental vocational expert testimony about

whether Plaintiff can perform a significant number of jobs in the national economy. The ALJ will proceed through the sequential evaluation process as necessary to issue a de novo decision.

**IT IS FURTHER ORDERED** that judgment in favor of Plaintiff shall issue concurrent with this Order.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**

SUBMITTED AND APPROVED BY
*(Prior to the Court's modifications)*:

*Electronically submitted on 10/5/15*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant


*Electronic Approval Received 10/5/15*
FRANCESCA MACDOWELL
MICHAEL ARMSTRONG
Attorney for Plaintiff

2