IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGELICA CORDOVA,

    Plaintiff,

v.                                      No. CIV 14-0952-LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

    Defendant.

## FINAL ORDER

    **PURSUANT TO** the Court's Order granting *Defendant's Unopposed Motion for Remand* [*Doc. 21*] entered concurrently herewith, the Court enters this *Final Order* under Fed. R. Civ. P. 58 **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

    **IT IS SO ORDERED**.

                                                 */s/ Lourdes A. Martínez*
                                              **LOURDES A. MARTÍNEZ**
                                              **UNITED STATES MAGISTRATE JUDGE**
                                              **Presiding by Consent**